No. 91–7474. JOHNSON v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 91–7480. ELFREEZE v. NEAL, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 91–7495. ROMERO v. CALDWELL ET AL. C. A. 10th Cir. Certiorari denied.

No. 91–7496. MABERY v. RODRIGUEZ ET AL. C. A. 2d Cir. Certiorari denied.

No. 91–7498. LASALLE v. WARDEN, OSSINING FACILITY. C. A. 2d Cir. Certiorari denied.

No. 91–7509. BALSAMO v. MAZURKIEWICZ, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ROCKVIEW. C. A. 3d Cir. Certiorari denied.

No. 91–7514. PARKER v. OKLAHOMA CITY POLICE DEPARTMENT ET AL. C. A. 10th Cir. Certiorari denied.

No. 91–7515. POPE v. WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 91–7524. FRANCOIS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–7532. MEYER v. MEYER (two cases). Sup. Ct. Fla. Certiorari denied.

No. 91–7533. MERRIMAN ET AL. v. BOSSIER PARISH SHERIFF'S DEPARTMENT ET AL.; and
No. 91–7535. SHUBBIE ET AL. v. LOUISIANA. C. A. 5th Cir. Certiorari denied. Reported below: No. 91–7533, 947 F. 2d 1487.

No. 91–7547. VAN WOUNDENBERG v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 91–7549. PASCHAL v. LAMBDIN, SUPERINTENDENT, GLADES CORRECTIONAL INSTITUTION, ET AL. C. A. 11th Cir. Certiorari denied.